IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST CONTRA COSTA ) <br> HEALTHCARE DISTRICT ) <br> dba Doctors Medical Center-San ) <br> Pablo/Pinole ) <br> 2000 Vale Road ) <br> San Pablo, California ) <br> Medicare Provider No. 05-0079 ) <br>   ) <br>                 Plaintiff, ) <br>   ) <br> v.   ) <br>   ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, ) <br> Department of Health and Human ) <br> Services ) <br> 200 Independence Avenue, S.W. ) <br> Washington, D.C. 20201 <br>                 Defendant. | Civil Action No._____ |

## LOCAL RULE 7.1 CERTIFICATE

I, the undersigned, counsel of record for the Plaintiff, certify that to the best of my knowledge and belief, the Plaintiff has no parents, affiliates or subsidiaries which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully Submitted,

_____
Leslie D. Alderman III (D.C. Bar No. 477750)
ALDERMAN & DEVORSETZ, PLLC
1025 Connecticut Avenue, NW Suite 1000
Washington, DC 20036
(202) 969-8220
(202) 969-8224 (facsimile)
Attorney of Record for the Plaintiff