**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20001

| | | |
|---|---|---|
| Postage | $ | $1.35 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.60 |

Postmark Here
0291 04
WASHINGTON SQUARE PO 20035-9997
JUN 14 2006
06/14/2006

Sent To: *Civil Process Clerk, US Attorney*
Street, Apt. No.; or PO Box No. *555 4th St. NW*
City, State, ZIP+4 *Washington DC 20001*

PS Form 3800, June 2002        See Reverse for Instructions

---

From: "U.S._Postal_Service_"<U.S._Postal_Service@usps.com>
Subject: U.S. Postal Service Track & Confirm email Restoration - 7
Date: August 21, 2006 3:59:51 PM EDT
To: lalderman@a-dlaw.com

This is a post-only message. Please do not respond.

les Alderman has requested that you receive this restoration information Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal

Label Number: 7005 1820 0004 0055 9877

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20001 | 06/16/06 10:29am |
| Arrival at Unit | WASHINGTON DC 20001 | 06/16/06 8:06am |
| Acceptance | WASHINGTON DC 20035 | 06/14/06 2:33pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   *Michael O. Leavitt*
   *Secretary DHHS*
   *200 Independence Ave SW*
   *Washington, DC 20201*

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]
B. Received by (Printed Name): *Lawrence*
C. Date of Delivery: 6/19/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0055 9860

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   *US Attorney General*
   *950 Pennsylvania Ave NW*
   *Washington DC 20530*

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]
B. Received by (Printed Name): [signature] JUN 1 6 2006
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0055 9884

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540